

UNITED STATES POSTAL SERVICE ®  |  PRIORITY MAIL ®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ◼
ONE RATE ◼ ANY WEIGHT

TRACKED ◼ INSURED

CERTIFIED MAIL
9589 0710 5270 2580 5879 16

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

Return Receipt on Back

FROM:
Russell Walker
714 Spearhead Court
North Augusta, SC 29860

TO:
United States District Court
Augusta Div
600 James Brown Blvd.
Augusta, GA 30901

#201