IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DEBRA RENE WALKER, Individually and as Beneficiary of the Debra Rene Walker Trust, )<br><br>Plaintiff,<br><br>v.<br><br>THE CONSOLIDATED GOVERNMENT OF AUGUSTA-RICHMOND COUNTY, and its Associated Counsel and Officials; ELAINE WATERS; MARSHAL'S OFFICE; and MR. JOHN PHILIP MANTON, III,<br><br>Defendants. | CV 125-114 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 14th day of July, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA